# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH D. WATTS, III & CHASITI A. WATTS  Case Number: 04-70176
2137 WENTWORTH AVENUE                SSN-xxx-xx-8561 & xxx-xx-1783
ROCKFORD, IL  61108

Case filed on: 1/13/2004
Plan Confirmed on: 4/23/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,020.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 203 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 215 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOSEPH D. WATTS, III | 0.00 | 0.00 | 19.41 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 19.41 | 0.00 |
| 001 | AMERICREDIT | 3,000.00 | 3,000.00 | 3,000.00 | 2,039.49 |
| 002 | NATIONSTAR MORTGAGE LLC | 3,851.20 | 2,585.98 | 2,585.98 | 0.00 |
| 003 | CITIFINANCIAL | 390.20 | 390.20 | 390.20 | 0.00 |
| 004 | WINNEBAGO COUNTY CLERK | 800.00 | 555.68 | 555.68 | 311.76 |
|  | Total Secured | 8,041.40 | 6,531.86 | 6,531.86 | 2,351.25 |
| 001 | AMERICREDIT | 955.85 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN FINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DENTAL GROUP OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FARMERS INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RIVERSIDE DENTAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCK RIVER WATER RECLAMATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WARNER CHIROPRACTIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WASTE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DISCOVER FINANCIAL SERVICES | 3,836.03 | 0.00 | 0.00 | 0.00 |
| 017 | DISCOVER FINANCIAL SERVICES | 1,001.50 | 0.00 | 0.00 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 708.92 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,502.30 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 15,907.70 | 7,895.86 | 7,915.27 | 2,351.25 |

Total Paid Claimant:    $10,266.52
Trustee Allowance:      $753.48         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                          /s/ Lydia S. Meyer
                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 07/30/2008        By  /s/Heather M. Fagan